UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**  Case No. 11-cr-113-PB

**Robert Justin Baker**

**O R D E R**

The defendant has moved through counsel to continue the October 4, 2011 trial in the above case citing the need for additional time to engage in plea negotiations or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 4, 2011 to December 6, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 23, 2011 final pretrial conference is continued until November 21, 2011 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 12, 2011

cc: Jeffrey Levin, Esq.
    Deborah Walsh, AUSA
    United States Marshal
    United States Probation